**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BARBARA ANDREA SILVA CAMACHO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2233-KC** |
| | § | |
| **TODD BLANCHE, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On August 24, Barbara Andrea Silva Camacho filed a habeas petition in this Court with Cause No. 3:26-cv-2193-KC. Pet., *Silva Camacho v. Blanche*, No. 3:26-cv-2193-KC (W.D. Tex., Aug. 24, 2026), ECF No. 1. On August 26, because Silva Camacho already had a pending habeas petition in the Southern District of Texas, Cause No. 4:26-cv-6450, the Court transferred her habeas petition to that District. Order, *Silva Camacho v. Blanche*, No. 3:26-cv-2193-KC (W.D. Tex., Aug. 26, 2026), ECF No. 3.

Upon transfer, the Southern District of Texas granted the Government's pending motion for summary judgment and dismissed Silva Camacho's habeas petition on the merits as to her claim challenging her detention pursuant to a grant of voluntary departure. Order, *Silva Camacho v. Blanche*, No. 4:26-cv-6450, at *1–3 (S.D. Tex. Aug. 26, 2026), ECF No. 10. The Southern District also dismissed Silva Camacho's claim challenging the location of her removal for lack of jurisdiction, as "it exceeds the scope of *habeas* jurisdiction." *Id.* at *3 (emphasis in original).

Silva Camacho has now filed a new Petition for a Writ of Habeas Corpus, ECF No. 1, raising the same claims that were raised in her habeas petition before the Southern District.

Accordingly, because those claims have already been raised and dismissed, the Petition must be dismissed. *See Beras v. Johnson*, 978 F.3d 246, 251–52 (5th Cir. 2020) ("[I]t is an abuse of the writ for a prisoner to raise the same claim a second time.").

Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED**.

**The Clerk shall close the case**.

**IT IS FURTHER ORDERED** that attorney David A. Rondon's Motion to Appear Pro Hac Vice, ECF No. 2, is **DENIED** as moot.

**SO ORDERED**.

**SIGNED this 28th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE